UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARGARITA FONSECA BERMUDEZ,

    Petitioner,

-vs-                                                                       Case No. 5:05-cv-8-Oc-10GRJ

BRUCE PEARSON, etc., et al.,

    Respondents.
_____/

## **O R D E R**

This case raises an issue of law concerning the Bureau of Prison's interpretation of 18 U.S.C. § 3624(b) and the appropriate manner in which to calculate a prisoner's good time credit. This issue is governed by the Court's decision in <u>Guerin v. Sawyer</u>, Case No. 5:03-cv-203-Oc-10GRJ, in which the Court adopted the United States Magistrate Judge's Report and Recommendation attached hereto. Accordingly, the Clerk is directed to enter judgment denying the Petition in this case with prejudice,[1] terminate any pending motions, and close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Ocala, Florida this 26th day of May 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Parties of Record

---

[1] The Court recognizes that Petitioner has failed to exhaust his administrative remedies with regard to the issue raised in this case. <u>See</u> Respondents Response to Petition at Ex. 5 & 6. However, the Court does not believe that the interests of justice or judicial economy are best served by dismissing this case without prejudice for the failure to exhaust when the Court has already decided this issue against the Petitioner.